# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| LEONARD CALDWELL, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV419-197 |
| | ) | |
| SHERIFF JOHN T. WILCHER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff had until September 20, 2019 to return his PLRA forms as directed by the Court. *See* doc. 4 (Order directing plaintiff to submit PLRA forms). Rather than returning the form, plaintiff submitted a letter to the Court indicating that, while he had received the forms, he would only complete and submit the forms when he was no longer at the facility against which his claim is pending. Doc. 5. If Caldwell wants to pursue this case, he must submit the completed forms, regardless of the facility where he is currently incarcerated. The Court will **CONSTRUE** his letter as a request for an extension of time. As a result, plaintiff shall have thirty days from the date of this order to complete and return his

PLRA forms. Failure to do so will result in a recommendation of dismissal.

**SO ORDERED,** this 9th day of October, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA