IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LEONARD CALDWELL III, | |
| Plaintiff, | CIVIL ACTION NO.: 4:19-cv-197 |
| v. | |
| SHERIFF JOHN T. WILCHER, | |
| Defendant. | |

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's August 27, 2020, Report and Recommendation, (doc. 10), to which Plaintiff has not filed objections.  Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 10).  As a result, plaintiff's complaint is **DISMISSED**.  The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 19th day of October, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA